UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00005-MR

| | |
|---|---|
| JOSPEH WAYNE RIDDLE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)    **ORDER**<br>)<br>YANCY COUNTY SHERIFF'S )<br>OFFICE, et al., )<br>)<br>Defendants. )<br>_____ ) | |

**THIS MATTER** is before the Court on review of this docket in this matter.

Pro se Plaintiff Joseph Wayne Riddle ("Plaintiff") filed this action pursuant to 42 U.S.C. § 1983 while he was incarcerated at the Caldwell Correctional Center in Lenoir, North Carolina. [Doc. 1; see Doc. 1-1]. Plaintiff filed a Short Form Application to Proceed in Forma Pauperis, [Doc. 2], and the Clerk ordered Plaintiff's correctional facility to provide his most recent prison trust account statement, [Doc. 4]. The Court, however, was notified that Plaintiff has been released from custody, [Doc. 5], and Plaintiff has not notified the Court of his new address. The Court denied Plaintiff's IFP motion without prejudice and ordered Plaintiff to complete and file the

Long Form Application to Proceed in Forma Pauperis and to notify the Court of his new address, all within 14 days of the Court's Order. [Doc. 6]. The Court advised Plaintiff that if he failed to timely comply with the Court's Order, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id. at 3-4].

More than 14 days have passed, and Plaintiff has not filed the Long Form Application or notified the Court of his new address. The Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to prosecute.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: April 3, 2023

Martin Reidinger
Chief United States District Judge