# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Joseph Wayne Riddle, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00005-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Levi Johnson | ) | |
| Yancey County Sheriffs Office | ) | |
| John Doe, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2023 Order.

April 3, 2023

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court